**FILED**

JAN 2 1 2022

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

Terrence Antoine Walt3r McArthur
_____

_____

_____

_____

*(Enter above the full name of the plaintiff*
*or plaintiffs in this action).*

_____

_____

_____

_____

*(Inmate Reg. # of each plaintiff)*

**VERSUS**

**CIVIL ACTION NO.** 2:22-cv-00038
*(Number to be assigned by Court)*

STATE of West Virginia; Judge Louis
BLoom; Ronnie Steets
_____

_____

_____

*(Enter above the full name of the defendant*
*or defendants in this action)*

### COMPLAINT

I.    **Previous Lawsuits**

   A.    Have you begun other lawsuits in state or federal court dealing with the same
         facts involved in this action or otherwise relating to your imprisonment?

              Yes _____        No ___✓___

1

II.   **Place of Present Confinement:** South Central Regional Jail

    A.   Is there a prisoner grievance procedure in this institution?

            Yes  ✓      No _____

    B.   Did you present the facts relating to your complaint in the state prisoner grievance procedure?

            Yes  ✓      No _____

    C.   If you answer is YES:

        1.   What steps did you take? I've used inquiries and previous grievance steps on kiosk as well as letters to court.

        2.   What was the result? Nothing

    D.   If your answer is NO, explain why not: _____

III.   **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A.   Name of Plaintiff: Terrence Antoine Waltzer McArthur

        Address: 1001 Centre Way, S. Charleston, WV 25309

    B.   Additional Plaintiff(s) and Address(es): _____

IV.    **Statement of Claim (continued):**

Psychic Division (Manifestation)

V.    **Relief**

**State briefly exactly what you want the court to do for you.** Make no legal arguments.
Cite no cases or statutes.

A LARGE Amount that's All Knowing for the
Psychic Division for everything and for All
titles of Terrence Antoine Walter McArthur
Record of Cases Expunged.
Also For NCIC to check True Soul age
and see why I went to Adult Prison in 2006
when I was BORN 1997 (make sense) Between April and
December. So don't believe What people say I know
I was Kidnapped around that time. Name Changed 5 or more times
this ALL Included with every case/charge I've had plus property
Papers being forged and Newly property owned getting put in the right
perspective.

5

If so, state the lawyer's name and address:

_____ _____

_____ _____

Signed this _____ day of _____, 20_____

No John Hancock T.M

_____ _____

_____ _____

_____ _____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.
                    (Date)

No John Hancock T.M

Signature of Movant/Plaintiff       _____

_____

Signature of Attorney
(if any)

7




**STATE OF WEST VIRGINIA**
DEPARTMENT OF HOMELAND SECURITY
## DIVISION OF CORRECTIONS
## AND REHABILITATION

**BETSY C. JIVIDEN**
**COMMISSIONER**

**JEFF S. SANDY, CFE, CAMS**
**CABINET SECRETARY**

Office of the Commissioner
1409 Greenbrier Street
Charleston, WV 25311
304-558-2036 – Telephone
304-558-8430 – Fax

January 13, 2022

Terrence A. McArthur OID#3485007-09
South Central Regional Jail and Correctional Facility
1001 Centre Way
Charleston WV 25309

Mr. McArthur:

I am in receipt of your letter requesting recalculation of your timesheet. The timesheet that was calculated on 12/6/2021 is correct with the Minimum Discharge Date of 6/5/2026. I will explain below how your time was calculated. *[handwritten: want to Segregation Housing Unit for covid testing inorder to get out]*

*You were granted parole on a contingency reason on 7/16/2020 so you could complete the "Thinking for Change" program. The time from your grant to your release is not considered a Sanction.
*You were released from incarceration to begin your parole term on 7/29/2020 from Huttonsville Correctional Center and Jail. You stopped earning good time on this date. *[handwritten: 4½ months out of prison]*
*You were incarcerated on 12/15/2020 at South Central Regional Jail and Correctional Facility for a 30-day Sanction. You earned good time for this incarceration. *[handwritten: One Dirty Urine ← I 60Day shocker]*
*You were released from incarceration at South Central Regional Jail and Correctional Facility to parole on 1/15/2021. You stopped earning good time on this date. *[handwritten: I sent to Recovery U also for 8 to 12 months]*
*A warrant was issued for your arrest on 2/1/2021 for absconding from parole. This stopped all time and became dead time.
*You were arrested and incarcerated at South Central Regional Jail and Correctional Facility on 4/22/2021. You started earning good time on this date. *[handwritten: only suppose to take 90 days at the most for revocation Hearing unless]*
*You were revoked on your parole term on 11/30/2021. Your timesheet was calculated to include the dates listed above to give you a Minimum Discharge Date of 6/5/2026.
*You are eligible to see the Parole Board again on 4/1/2022.

If you have any further questions regarding this matter, you may write back to me at the address above for further information.

*[handwritten at bottom: Revoked for what  80day abscond = 30day infraction  instead they Flatten me out with no proof for(parole) myself (probation)  I postponed myself inwhich I Didn't and I know I have a year to postpone but I didn't*
*Petit Larceny = Dismissed/noviolation]*

Sincerely

Vicki G. Dean
Vicki G. Dean
Office Assistant III
WVDCR Records

True Souls
Don't Exist
as a Worker
Enemy of United States
and Americans and whos
not a Global Invader

TRYING To keep me in Bondage
to ROT. Some HiddenAgendas
no Police. Some No ParoleBoard
The true Souls on True Perception
are Souls of Enemies
At least for some in
the Capital of the
State West Virginia



18001 i Terrence Antoine Walter Mitchell    3185001
South Central Regional Jail
1001 Centre Way
South Charleston, WV 25309

Please
M:
0000004

United States District Court
Clerk
P.O. Box 2546
Charleston, West Virginia 25329

Legal Mail



South Central
Legal Mail